No. 10–9509.  LANG v. GUNDY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–9511.  MALDONADO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–9512.  LEE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9515.  NICKLAS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9531.  GRAYSON v. THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–9541.  STEPHENSON v. WILSON, SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 10–9543.  BROWN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9582.  HAAS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9600.  PILLETTE v. BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–9601.  PARKS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9621.  HAYES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–9637.  STANTON v. STANTON ET AL.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 10–9650.  BREWER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9680.  MARQUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.